UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DAWN HARDIN, ) | |
| HARRY HARDIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:18-cv-00052-RLY-MPB |
| ) | |
| FELDMAN & STERN, LLC, ) | |
| ) | |
| Defendant. ) | |

## **CLERK'S ENTRY OF DEFAULT**

The defendant, having failed to plead or otherwise defend as provided in the Federal Rules of Civil Procedure, and such appearing by the Return of Service that the defendant was properly served on April 5, 2018 and the time within which the defendant was given to answer or otherwise respond to the complaint has now expired, default is hereby entered against defendant FELDMAN & STERN, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Date: July 30, 2018                    Laura A. Briggs, Clerk

BY: _Dina M. Dayle_

Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record

By U.S. Mail:
Feldman & Stern, LLC
c/o Registered Agent
Anthony S. Beshere
125 Hattaway Drive
Altamonte Springs, FL  32701