## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

DAWN HARDIN and
HARRY HARDIN,

    Plaintiffs,

v.

FELDMAN & STERN, LLC,

    Defendant.

3:18-cv-00052-RLY-MPB

**ATTORNEY FEES AND COSTS**

**Attorney Fees:**

| Date | Description | Attorney/Staff | Rate | Time | Amount |
|---|---|---|---|---|---|
| 03/14/2018 | Reviewed of documents verify potential causes of action | Nathan Volheim | $375.00 | 0.30 | $112.50 |
| 03/14/2018 | Researched proper defendant and verified if all elements of FDCPA/IDCSA elements are present | Nathan Volheim | $375.00 | 0.5 | $187.50 |
| 03/16/2018 | Drafted Complaint | Nathan Volheim | $375.00 | 2.5 | $937.50 |
| 03/19/2018 | Final revisions of Complaint | Nathan Volheim | $375.00 | 0.75 | $81.75 |
| 03/19/2018 | Filed Complaint | Kiran Wadia | $125.00 | 1.0 | $125.00 |
| 03/20/2018 | Issued summons and sent to Process Server to serve to Defendant | Kiran Wadia | $125.00 | 0.5 | $62.50 |
| 04/05/2018 | Filed Executed Summons | Kiran Wadia | $125.00 | 0.25 | $31.25 |
| 07/09/2018 | Draft Motion for Entry of Default | Nathan Volheim | $375.00 | 1.25 | $468.75 |
| 07/09/2018 | Filed Motion for Entry of Default and mailed Motion to all parties | Kiran Wadia | $125.00 | 1.0 | $125.00 |
| 09/17/2018 | Draft Motion for Default Judgment | Nathan Volheim | $375.00 | 1.25 | $468.75 |
| | | | | | $2,600.50 |

**Costs:**

| | |
|---|---|
| Filing Fee | $   400.00 |
| Service(R.O.S. Consulting, Inc.) | $     85.00 |
| **Total Costs:** | **$   485.00** |

**Grand Total**

| | |
|---|---|
| Attorney Fees | $ 2,600.50 |
| Costs | $ 485.00 |
| **Total** | **$ 3,085.50** |