## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| DAWN HARDIN and<br>HARRY HARDIN,<br><br>     Plaintiffs,<br><br>v.<br><br>FELDMAN & STERN, LLC,<br><br>     Defendant. | 3:18-cv-00052-RLY-MPB |

### AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST FELDMAN & STERN, LLC A SUM CERTAIN

I, Nathan C. Volheim, being duly sworn, state as follows:

1. I am the attorney for Plaintiffs in the above-entitled action and as such I am familiar with the billing, records, events, and pleadings in this matter.

2. The Summons and Complaint were served upon Feldman & Stern, LLC on March 27, 2018.

3. A responsive pleading to the Complaint was due on April 17, 2018.  No properly filed response was tendered within the time allowed by law nor has Feldman & Stern, LLC sought additional time within which to respond.

4. As required by the Service Members Civil Relief Act of 2003, I have confirmed that the Feldman & Stern, LLC is not currently in active military service.

5. To my best information and belief, Feldman & Stern, LLC is not an infant or an incompetent person.

1

6. Plaintiffs' primary claim is for statutory damages under the Fair Debt Collection Practices Act of $1,000.00 each pursuant to 15 U.S.C. §1692k(a)(2)(A).

7. Plaintiffs are also seeking statutory damages under the Indiana Deceptive Consumer Sales Act of $500.00 each pursuant to Ind. Code §24-5-0-0.5-4(a).

8. Plaintiffs are seeking reasonable costs and attorney fees of $3,085.50 provided under to 15 U.S.C. §1692k(a)(3). Billing has been kept by an electronic billing system and is reasonable for an attorney with similar experience.

9. The Plaintiffs are requesting the entry of judgment in the total amount of $6,085.50 against Feldman & Stern, LLC for its violations of law.

_____

Nathan C. Volheim, Esq. #6302103
Counsel for Plaintiff

**SWORN TO AND SUBSCRIBED** before me this __18ᵗʰ__ day of __September__ 2018.

_____
Notary

My commission expires __November 15__, 20 __20__.

```
"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020
```

2