## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| DAWN HARDIN and<br>HARRY HARDIN,<br><br>    Plaintiffs,<br><br>v.<br><br>FELDMAN & STERN, LLC,<br><br>    Defendant. | 3:18-cv-00052-RLY-MPB |

## PROPOSED DEFAULT JUDGMENT ORDER

1. Judgment by default is entered in favor of Plaintiffs, DAWN HARDIN and HARRY HARDIN, and against Defendant, FELDMAN & STERN, LLC, as follows:

    a. Statutory Damages      $ 3,000.00

    b. Attorney fees      $ 2,600.50

    c. Costs      $ 485.00

2. Allowing judgment interest to be added per diem.

Dated: _____, 2018

    Entered:

    /s/ _____