UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| DAWN HARDIN and<br>HARRY HARDIN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | 3:18-cv-00052-RLY-MPB |
| FELDMAN & STERN, LLC, | )<br>)<br>) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

Plaintiffs filed the present action on March 19, 2018, alleging Defendant violated various provisions of the Fair Debt Collection Practices Act ("FDCPA") and the Indiana Deceptive Consumer Sales Act ("IDCSA"). Although Defendant filed an Answer, it was stricken by the court because it was filed by a non-attorney on behalf of the corporation. On July 9, 2018, after the time to file a responsive pleading lapsed, Plaintiffs moved, and the court granted, their motion for entry of default.

Plaintiffs now move for default judgment. They seek statutory damages of the maximum allowed under the FDCPA, $1,000 each, pursuant to 15 U.S.C. §1692k(a)(2)(A), and statutory damages under the IDCSA of $500 each, pursuant to Ind. Code § 24-5-0-0.5-4(a). They also seek $3,085.50 in attorney fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) and Ind. Code § 24-5-0.5-4(a). The court, having reviewed Plaintiffs' motion, now finds it (Filing No. 14) should be **GRANTED**.

1

**IT IS THEREFORE ORDERED** that judgment by default is entered in favor of Plaintiffs Dawn Hardin and Harry Hardin, and against Defendant, FELDMAN & STERN, LLC, as follows:

a. Statutory Damages $3,000.00

b. Attorney Fees $2,600.50

c. Costs $485.00

Plaintiffs also request "judgment interest to be added per diem." The court presumes this is a request for prejudgment interest. Plaintiffs are **ORDERED** to file a motion relating to that issue and to calculate the amount of interest sought within fifteen (15) days of the date of this Order.

**SO ORDERED** this 3rd day of April 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.